**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARIS CARTER,<br><br>     Plaintiff,<br><br>v.<br><br>VZL STAFFING SERVICES, LLC,<br><br>     Defendant. | Civil Action No.: 1:26-cv-10792 |

**ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant VZL Staffing Services, LLC ("Defendant") hereby requests an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Paris Carter ("Plaintiff") in the above captioned matter by fourteen days through March 4, 2026.  As grounds for this motion, Defendant respectfully submits that:

1.     On or about November 3, 2025, Plaintiff Paris Carter ("Plaintiff") commenced a civil action against Defendant in the Suffolk County Superior Court of the Commonwealth of Massachusetts, entitled *Paris Carter v. VZL Staffing Services LLC.*  Civil Action No. 2584CV03050 ("State Court Action").

2.     On or about January 15, 2026, Plaintiff served the Summons and Complaint on Defendant.

3.     On February 11, 2026, Defendant timely filed a Notice of Removal, pursuant to 28 U.S.C. § 1446, thereby removing this matter from the Suffolk County Superior Court to this Court.

4.     Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is February 18, 2026.

5. Defendant has become aware that Plaintiff signed an arbitration agreement covering claims arising out of his employment with Defendant.

6. Undersigned counsel and counsel for Plaintiff have been attempting in good faith to schedule a conference pursuant to Local Rule 7.1 to determine whether they can narrow the areas of disagreement with respect to Defendant's Motion to Compel Arbitration and Stay Litigation, but were unable to conduct such conference sufficiently in advance of the current deadline to respond to Plaintiff's Complaint, and, therefore, Defendant requires additional time to respond to the Complaint.

7. Should Plaintiff agree to arbitrate his claims, Defendant will not be obligated to answer Plaintiff's Complaint unless and until such time as any claims remain after the arbitration has concluded.

8. If Plaintiff does not agree to arbitrate his claims, Defendant anticipates filing a Motion to Compel Arbitration and Stay Litigation. If that motion is granted, Defendant will not be obligated to answer Plaintiff's Complaint unless and until such time as any claims remain after the arbitration has concluded.

WHEREFORE, Defendant respectfully requests that this Honorable Court extend the deadline to answer or otherwise respond to the Complaint filed by Plaintiff by fourteen days to March 4, 2026.

[SIGNATURES FOLLOW]

2

Respectfully submitted,

VZL STAFFING SERVICES, LLC

By its attorneys,

*/s/ Victoria M. Ranieri*
Keerthi Sugumaran (BBO# 682822)
Victoria M. Ranieri (BBO# 680213)
keerthi.sugumaran@jacksonlewis.com
victoria.ranieri@jacksonlewis.com
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
Dated: February 17, 2026                    (617) 367-0025

## CERTIFICATE OF SERVICE

I certify that this document was filed through ECF and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Victoria M. Ranieri*
Jackson Lewis P.C.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel certifies that she has conferred with Plaintiff's counsel in an attempt to narrow the areas of disagreement. Plaintiff's counsel indicated that he assents to the extension of time to respond to the Complaint.

*/s/ Victoria M. Ranieri*
Jackson Lewis P.C.