

# COMMONWEALTH OF MASSACHUSETTS
## SUFFOLK COUNTY CIVIL
### Docket Report

## 2584CV03050 Carter, Paris vs. VZL Staffing Services LLC

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Contract / Business Cases | **FILE DATE:** | 11/03/2025 |
| **ACTION CODE:** | A99 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** Other Contract Action | | | |
| **CASE DISPOSITION DATE:** 02/19/2026 | | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 02/19/2026 |
| **CASE JUDGE:** | | **CASE SESSION:** | Civil F |

## PARTIES

| | | |
|---|---|---|
| **Plaintiff**<br>Carter, Paris | **Attorney**<br>Alan Meyerson<br>Law Office of Alan David Meyerson<br>Law Office of Alan David Meyerson<br>100 State St Suite 900<br>Boston, MA 02109<br>Work Phone (617) 444-9525<br>Added Date: 11/03/2025 | **682515** |
| **Defendant**<br>VZL Staffing Services LLC<br>415 North Dearborn Street<br>4th Floor<br>Chicago, IL 60654 | **Attorney**<br>Victoria M Ranieri<br>White and Williams<br>White and Williams<br>101 Arch St<br>Suite 1930<br>Boston, MA 02110<br>Work Phone (617) 748-5235<br>Added Date: 02/05/2026 | **680213** |
| | **Attorney**<br>Keerthi Sugumaran<br>Jackson Lewis PC<br>Jackson Lewis PC<br>75 Park Plaza<br>Boston, MA 02116<br>Work Phone (617) 305-1216<br>Added Date: 02/05/2026 | **682822** |



**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 11/03/2025 | | Attorney appearance<br>On this date Alan Meyerson, Esq. added for Plaintiff Paris Carter | |
| 11/03/2025 | | Case assigned to:<br>DCM Track F - Fast Track was added on 11/03/2025 | |
| 11/03/2025 | 1 | Original civil complaint filed. | |
| 11/03/2025 | 2 | Civil action cover sheet filed. | |
| 11/03/2025 | | Docket Note: Summons given to Plaintiff Attorney | |
| 11/03/2025 | | EDocument sent:<br>A Tracking Order was generated and sent to:<br>Plaintiff, Attorney: Alan Meyerson, Esq. alan@alandavidmeyerson.com | |
| 01/07/2026 | 3 | Plaintiff Paris Carter's Motion to<br>Appoint Special Process Server | |
| 01/09/2026 | | Endorsement on Motion to appoint special process server (#3.0): ALLOWED<br>(Dated 1/8/26)<br>Notice sent 1/15/26 | Ham |
| 02/02/2026 | 4 | Service Returned for<br><br>Applies To: VZL Staffing Services LLC (Defendant) | |
| 02/04/2026 | 5 | Defendant VZL Staffing Services LLC's Assented to Motion to<br>Extend the Deadline to Answer or Respond to Plaintiff's Complaint | |
| 02/05/2026 | | Attorney appearance electronically filed. | |
| 02/11/2026 | | Endorsement on Motion to Extend the Deadline to Answer or Respond to<br>Plaintiff's Complaint (#5.0): ALLOWED<br>Dated: 2/9/26<br>Notice sent 2/13/26 | Ham |
| 02/11/2026 | 6 | Defendant VZL Staffing Services LLC's Notice of<br>Filing of Notice of Removal (U.S.Dist.# 26-cv-10792) | |
| 02/12/2026 | | Defendant VZL Staffing Services LLC's Notice of<br>Removal Certified | |
| 02/19/2026 | | REMOVED to the U.S. District Court<br>of Massachusetts | |
| 02/19/2026 | | Case transferred to another court. | |

I HEREBY ATTEST AND CERTIFY ON
Feb. 20, 2026 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
First Asst. Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
C.A. No. ___23-3050F___

PARIS CARTER,
    Plaintiff,

v.

VZL STAFFING SERVICES LLC,
    Defendant.

## COMPLAINT AND JURY DEMAND

### INTRODUCTION

1. This is an action for unpaid wages and trebled damages under the Massachusetts Weekly Wage Law, G.L. c. 149, §§ 148 – 150 (the "Wage Act") and for compensatory and punitive damages under the Massachusetts Fair Employment Practices Act, G.L. c. 151B, §§ 1, *et seq.* ("G.L. c. 151B") in connection with Defendants' unlawful termination of Plaintiff's employment and the events leading up thereto.

### PARTIES

2. The Plaintiff, Paris Carter ("Carter" or "Plaintiff") is a natural person residing in Boston, Suffolk County, Massachusetts.

3. The Defendant, VZL Staffing Services LLC ("VZL") is, on information and belief, an Illinois limited liability company with its principal place of business located at 415 North Dearborn Street, 4th Floor, Chicago, Illinois.

### JURISDICTION AND VENUE

4. This Honorable Court has jurisdiction over the subject matter of this action pursuant G.L. c. 149, § 150 and G.L. c. 212, §§ 3 and 4 because this action is a civil action for money damages where there is no reasonable likelihood that recovery by Plaintiff will be less than or equal to $50,000 inclusive of damages and statutory attorney's fees.

5. This Honorable Court has personal jurisdiction over the Defendant pursuant to G.L. c. 223A, §§ 2 and 3 because the Defendant transacts business in the Commonwealth of Massachusetts and employed Plaintiff in the Commonwealth of Massachusetts.

6. Venue is proper in this Honorable Court pursuant to G.L. c. 223, § 1 because this action is a transitory action brought in the county where one of the parties lives or has its usual place of business.

FACTS

*Wage Act Claim*

7. At all times relevant hereto, Carter was an employee of the Defendants within the meaning of the Wage Act.

8. Carter filed a Non-Payment of Wages Complaint with the Office of the Attorney General ("AGO") and received a Private Right of Action Letter ("PRA") from the AGO. A true and accurate copy of the PRA is attached hereto as **Exhibit A**.

9. VZL is a for-profit cannabis retailer.

10. VZL paid Carter an hourly wage of $15 per hour.

11. Carter was employed by VZL from on or about August 22, 2022 until November 3, 2022, the date Carter was discharged from employment.

12. On November 3, 2022, Carter received an email from Jordan Monstrelis notifying him that he had been discharged from employment with VZL and that his "final payment will be processed during the normal payroll period and mailed [to Carter] on November 10, 2022 to the address on file." A true and accurate copy of Monstrelis's November 3, 2022 email is attached hereto as **Exhibit B**.

13. Ultimately, Carter's last paycheck was paid to him on November 10, 2025. A true and accurate copy of Carter's November 10, 2022 paystub is attached hereto as **Exhibit C**.

14. On the date Carter was discharged from employment, VZL failed or refused to pay Carter for all earned wages due and payable to Carter.

15. Specifically, on the date Carter was discharged from employment, VZL failed or refused to pay Carter for his last paycheck, which consisted of 36.52 hours of hourly wages and 24.64 hours of PTO.

16. Carter never voluntarily resigned from his employment with VZL.

17. Pursuant to the Wage Act, all of Carter's earned wages, including all his earned PTO, became due and payable to him on the date he was discharged from employment.

18. Because VZL paid Carter for his last paycheck after the date he was discharged from

employment, VZL has violated the Wage Act.

*151B Claim*

19. Carter worked VZL in its Sharon, Massachusetts "Zen Leaf" store.

20. Carter was one of only two African American employees at VZL's Sharon Zen Leaf store during the course of his employment with VZL.

21. Carter's work for VZL was well regarded by his supervisors/managers and, prior to the termination of his employment, Carter had never encountered any significant disciplinary incident during his time with VZL.

22. The November 3, 2022 email from Monstrelis did not reflect any performance-related rationale for terminating Carter's employment.

23. Carter's personnel file does not reflect any performance deficiencies during the course of his employment with VZL.

24. Carter and the other African American employee were referred to VZL by an organization known as "MassCultivatED." Although Carter was verbally informed that the position for which he was hired would be temporary, he also received repeated assurances from managers at VZL, including Monstrelis, that he would be eligible to be hired for a permanent position with VZL contingent upon his performance.

25. The November 3, 2022 email from Monstrelis came as a complete surprise to Carter who had no reason to believe his employment was about to be terminated based on the assurances he received that he would be eligible for a permanent position contingent upon his performance.

26. At or around the same time Carter's employment was terminated, VZL terminated the other African American employee at its Sharon Zen Leaf store.

27. There was no non-discriminatory rationale for Verano's termination of Carter's employment and/or their failure to hire Carter to a permanent position with VZL.

## CAUSES OF ACTION

### COUNT I
### VIOLATION OF G.L. c. 149, §§ 148 – 150
### FAILURE TO TIMELY PAY DUE AND PAYABLE WAGES

28. Plaintiff hereby incorporates the above allegations with the same force and effect as if fully set forth herein.

29. As more particularly set forth above, the Defendant failed or refused to timely pay Plaintiff all wages that were due and payable to him.

30. As Plaintiff's employer, the Defendant was legally obligated to timely pay Plaintiff's wages as a matter of law.

31. As a result of the Defendant's failure or refusal to timely pay Plaintiff's wages, Plaintiff has suffered damages.

### COUNT II
### RACE DISCRIMINATION
### VIOLATION OF G.L. c. 151B, § 4

32. Plaintiff hereby incorporates the above allegations with the same force and effect as if fully set forth herein.

33. As more particularly set forth above, the actions and/or inactions of VZL constitute unlawful discrimination against Plaintiff based on his race in violation of G.L. c. 151B, § 4.

34. As a result of VZL's unlawful discrimination, Plaintiff has suffered damages.

35. As more particularly set forth above, VZL's discrimination against Plaintiff was so extreme, outrageous, or egregious as to warrant the imposition of punitive damages under G.L. c. 151B, § 9.

WHEREFORE, the Plaintiff prays that this Honorable Court grant the following relief:

I.    Judgment against the Defendant in favor of Plaintiff;

II.   Damages, including compensatory, punitive, liquidated, and trebled damages, to the Plaintiff, as authorized or mandated by applicable law, in an amount to be determined at trial;

III.  Costs and any reasonable attorney's fees;

IV.  Pre-judgment and post-judgment interest;

V.  Appropriate injunctive, declaratory and other equitable relief; and

VI.  Such other relief as this Honorable Court may deem just and appropriate under the circumstances.

## JURY DEMAND

The Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: November 3, 2025

Respectfully submitted,
The Plaintiff,
PARIS CARTER,
By his Attorney,

/s/Alan D. Meyerson
Alan D. Meyerson (BBO #682515)
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 444-9525
alan@alandavidmeyerson.com

I HEREBY ATTEST AND CERTIFY ON
Feb. 20, 2026                    , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
    John E. Powers, III
    Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:_____
    First Asst. Clerk

# Exhibit A



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

November 3, 2025

Alan D. Meyerson, Esq.
100 State Street, Ninth Floor
Boston, MA 02109

Via mail and email: alan@alandavidmeyerson.com

RE:    Paris Carter
       Request for Private Right of Action against VZL Staffing Services, LLC

Dear Paris Carter:

Thank you for contacting the Office of the Attorney General's Fair Labor Division. We are in receipt of your request for a private right of action. Massachusetts General Laws Chapter 149, § 150 establishes a private right of action for alleged violations of certain state wage laws:

- G.L. c. 149, §§ 52D, 52E, 148, 148A, 148B, 148C, 150C, 152, 152A, 159C, or 190; and
- G.L. c. 151, §§ 1A, 1B, 19, or 20

While we have not made a determination of the merits of your claim, this letter serves as the Attorney General's authorization for you to pursue private action. You may bring an action on your own or your client's behalf and on behalf of other similarly situated workers. Workers who win their wage and hour cases in court have a right to collect triple damages, attorneys' fees, and court costs.

This office will not be taking any further action on your complaint.

Sincerely,

Fair Labor Division
Office of the Massachusetts Attorney General
(617) 727-3465

# Exhibit B

Thursday, November 3, 2022 at 10:11:48 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Termination Letter - Paris Carter |
| **Date:** | Thursday, November 3, 2022 at 9:58:56 AM Eastern Daylight Time |
| **From:** | Jordan Monstrelis |
| **To:** | PCarter1318@gmail.com |
| **BCC:** | Christian Ramos-Ortega, Rodrigo Allende, Mass CultivatED, Nairoby Sanchez |
| **Attachments:** | MA Form 590 - How to File a Claim for Unemployment Insurance Benefits.pdf, image001.png |

Your employment with VZL Staffing Services, LLC, as Cannabis Advisor has been terminated as scheduled effective November 1, 2022 per the internship program through MassCultivatED. Your final payment will be processed during the normal payroll period and mailed to you on November 10, 2022 to the address on file.

Life and Disability benefits, if any, will terminate as of November 1, 2022.

Per our PTO policy, upon the termination of employment, employees will be paid for unused accrued time off benefits prorated in the calendar year to the last day of work. Based on your PTO accrual and hours used, you will receive a PTO payout of 24.64 hours.

All Company property must be returned including but not limited to computer equipment, website access info, security cards, badges, licenses, and/or facility keys.

If you change your address, contact us to update your information and ensure your W-2 is mailed to the appropriate address.

Attached to this email is Form 590 - How to File a Claim for Unemployment Insurance Benefits.

Thank you and good luck in your next endeavor. If you have any questions, please do not hesitate to contact my office.

Best Regards,


**Jordan Monstrelis**
People Operations Partner | Sharon and Plymouth, MA
jordan.monstrelis@verano.com  /  C: 401-261-7081

verano.com
2 Merchant St. Suite 1, Sharon, MA 02067

# Exhibit C

| Statement of Earnings For: | **Paris A Carter** | | | | | **VZL Staffing Services LLC** | |
|---|---|---|---|---|---|---|---|
| Employee #: 96274 | Location | L-130 | Period Begin: 10/23/2022 | Check Date: 11/10/2022 | | 415 N Dearborn St Ste 400 | |
| Clock Number: | Region | North | Period End: 11/5/2022 | Pay Type: Hourly | | Chicago, IL 60654-4696 | |
| Company Id: 100114 | Federal Filing: | | Exemptions: Block | Additional Tax: | | | |
| | State Filing: Head of | | Exemptions: 2 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message | | | |
|---|---|---|---|---|---|---|---|
| V489535 | $0.00 | $917.40 | $793.36 | | | | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly | 15.0000 36.52 | 547.80 195.13 | 2,926.95 | SOC SEC EE | 68.35 | 248.28 | | | |
| Cash Tips | | 185.00 0.00 | 708.00 | MED EE | 15.99 | 58.07 | | | |
| Final PTO Pay | 15.0000 24.64 | 369.60 24.64 | 369.60 | MASSACHUSETTS | 35.90 | 112.62 | | | |
| | | | | MA PFL EE | 3.80 | 13.78 | | | |
| **Total:** | 61.16 | 1,102.40 219.77 | 4,004.55 | **Total:** | 124.04 | 432.75 | **Total:** | 0.00 | 0.00 |

| LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|
| Accrual Type | Used | | Checking | Account: ####8675 | Deposit Amount: 793.36 |
| PTO Hourly | 24.64 | | | | |

VZL Staffing Services LLC
415 N Dearborn St Ste 400
Chicago, IL 60654-4696

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/10/2022 | V489535 |

| TOTAL NET PAY |
|---|
| ********$793.36 |

Paris A Carter
639 NORWEST DR
Norwood, MA 02062

**NOT NEGOTIABLE**

2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 25-3050F | Massachusetts Trial Court Superior Court |
|---|---|---|
| | | COUNTY Suffolk Superior Court (Boston) |

| Plaintiff | Paris Carter | Defendant: | VZL Staffing Services LLC |
|---|---|---|---|
| ADDRESS: | 144 Charlame Street | ADDRESS: | 415 North Dearborn Street, 4th Floor |
| Boston, MA 02119 | | Chicago, IL 60654 | |

| Plaintiff Attorney: | Alan D. Meyerson | Defendant Attorney: | |
|---|---|---|---|
| ADDRESS: | 100 State Street, Ninth Floor | ADDRESS: | |
| Boston, MA 02109 | | | |
| BBO: | 682515 | BBO: | |

## TYPE OF ACTION AND TRACK DESIGNATION (see Instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A99 | Other | Fast | ☒ YES ☐ NO |

*If "Other" please describe: _____

Is there a claim under G.L. c. 93A?　　　☐ YES　☒ NO

Is there a class action under Mass. R. Civ. P. 23?　　☐ YES　☒ NO

### STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

### TORT CLAIMS

A. Documented medical expenses to date

   1. Total hospital expenses          _____

   2. Total doctor expenses           _____

   3. Total chiropractic expenses     _____

   4. Total physical therapy expenses  _____

   5. Total other expenses (describe below) _____

   [                                        ]

                                 Subtotal (1-5): _____ $0.00

B. Documented lost wages and compensation to date  _____

C. Documented property damages to date  _____

D. Reasonably anticipated future medical and hospital expenses  _____

E. Reasonably anticipated lost wages  _____

F. Other documented items of damages (describe below)  _____

[                                        ]

                                 TOTAL (A-F): _____ $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

[                                        ]

### CONTRACT CLAIMS

☒ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | Violation of Weekly Wage Law: Failure to Timely Pay Wages | $50,000.00 |
| 2. | ; Violation of G.L. c. 151B | $50,000.00 |
| | Total | $100,000.00 |

Signature of Attorney/Self-Represented Plaintiff: X /s/Alan D. Meyerson    Date:　November 3, 2025

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

| CERTIFICATION UNDER S.J.C. RULE 1:18(5) |
|---|
| I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution. |

| Signature of Attorney: X  /s/Alan D. Meyerson | Date:  November 3, 2025 |
|---|---|

I HEREBY ATTEST AND CERTIFY ON
<u>Feb. 20, 2026</u>, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

    John E. Powers, III
    Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
    First Asst. Clerk

Date Filed 1/7/2026 1:24 PM
Superior Court - Suffolk
Docket Number 2584CV03050

√1/9

CN



3

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
C.A. No. <u>2584-CV-03050</u> . F  *Notice Sent*
*1/15/26*
*B4 ( 1 )*

PARIS CARTER,
    Plaintiff,

v.

VZL STAFFING SERVICES LLC,
    Defendant.

### <u>Motion to Appoint Special Process Server</u>

Pursuant to Mass. R. Civ. P. 4(c), the Plaintiff, **Paris Carter**, hereby respectfully moves

this Honorable Court to appoint Robert Sweeney of Constable Services, Cambridge, MA as a

special process server in this action. Mr. Sweeney is a disinterested person to this action.

Dated: January 7, 2026

Respectfully submitted,
The Plaintiff,
PARIS CARTER,
By his Attorney,

<u>/s/ Alan D. Meyerson</u>
Alan D. Meyerson (BBO #682515)
100 State Street, Suite 900
Boston, MA 02109
Tel: (617) 444-9525
alan@alandavidmeyerson.com

1/8/2026
ALLOWED.
(Hane, J.)
attest:

Asst. Clerk

I HEREBY ATTEST AND CERTIFY ON
Feb. 20, 2026                , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
    John E. Powers, III
    Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:

    First Asst. Clerk

| **Summons** | CIVIL DOCKET NO. 2584CV03050 | **Trial Court of Massachusetts** **The Superior Court** | |
|---|---|---|---|
| CASE NAME: *Paris Carter* Plaintiff(s) vs. *VZL Staffing Services LLC* Defendant(s) | | John E. Powers III Suffolk | Clerk of Courts County |
| | | COURT NAME & ADDRESS: Suffolk Superior Civil Court Three Pemberton Square Boston, MA. 02108 | |

THIS SUMMONS IS DIRECTED TO *VZL Staffing Services LLC* (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the *Suffolk Superior* Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your signed original response with the Clerk's Office for Civil Business, *Suffolk Superior* Court *Three Pemberton Sq. Boston, MA 02108* (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

b) Delivering or mailing a copy of your response to the Plaintiff's attorney/Plaintiff at the following address: *Alan D. Meyerson 100 State Street, Suite 900 Boston, MA 02109*

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Court no more than 10 days after sending your Answer.

3. (cont.) Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Rule 12 of the Massachusetts Rules of Civil Procedure. If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings.

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti , Chief Justice on November 3 , 20 25 . (Seal)

Clerk

Note: The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

PROOF OF SERVICE OF PROCESS

**PROOF OF SERVICE**

I hereby certify and return that I served a copy of the within summons, together with a copy of the complaint in this action upon the within named defendant by: LAURA REDICK

☑ in hand service to: UNIVERSal RegiSTERED AGENTS INC.
☐ Accepted by an adult male/female over the age of 18
☐ Left at last & usual place of abode
☐ Copy mailed first class on:
To: # CENTRAL ST. WOBURN, MA 01880

DATE OF SERVICE: 1-15-2026

Signed under the penalties of perjury

Robert Sweeney
CONSTABLE & PROCESS SERVER

☐ Motion _____
☐ Motion _____
☐ Motion _____
☐ Affidavit Disclosing Care or Custody Proceedings
☐ Public Assistance Affidavit
☐ Track Assignment Notice

☐ Financial Statement
☐ Affidavit
☑ Other CA COVERSHEET TrackingOrder ALLOWED RULE 4C, EXHIBITS

VZL STaffing SerVICES LLC

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

I HEREBY ATTEST AND CERTIFY ON Feb. 20, 2026 , THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

Date:

rev. 1/2023

John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
First Asst. Clerk

Date Filed 2/4/2026 3:41 PM
Superior Court - Suffolk
Docket Number 2584CV03050

MS

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 2584CV03050

notice sent
2/13/26
BAC 3>

PARIS CARTER,

Plaintiff,

v.

VZL STAFFING SERVICES, LLC,

Defendant.

### DEFENDANT VZL STAFFING SERVICES, LLC'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, VZL Staffing Services, LLC submits this motion to extend the deadline to answer or otherwise respond to the Complaint by February 20, 2026. In support thereof, the Defendant states that:

1. The Plaintiff filed a complaint in Suffolk Superior Court on November 3, 2025.

2. Defendant VZL Staffing Services, LLC was served on January 15, 2026.

3. Defendant requires a brief extension of time to complete its investigation of the factual allegations in the Complaint.

4. The Plaintiff, through counsel, has assented to this motion.

WHEREFORE, Defendant requests that the Court grant it an extension through February 20, 2026 to answer or otherwise respond to the Complaint.

Assented to by:

Plaintiff,

Paris Carter

By his attorneys
/s/ Alan Meyerson
Alan Meyerson (BBO# 682515)
Law Office of Alan David Meyerson
100 State Street, Suite 900
Boston, MA 02109
alan@alandavidmeyerson.com

Respectfully submitted,


Defendant,

VZL Staffing Services,

By its attorneys,
/s/ Keerthi Sugumaran
Keerthi Sugumaran (BBO# 682822)
Victoria M. Raniero (BBO #680213)
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
Keerthi.sugumaran@jacksonlewis.com
Victoria.raniero@jacksonlewis.com


## CERTIFICATE OF SERVICE

This hereby certifies that on this 4th day of February 2026 a true and accurate copy of the above document was filed with the Court via the ECF system and served upon counsel for the Plaintiff via electronic mail: alan@alandavidmeyerson.com.

I HEREBY ATTEST AND CERTIFY ON
Feb. 20, 2026
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
John E. Powers, III
Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____

First Asst. Clerk

/s/ Keerthi Sugumaran
Jackson Lewis P.C.

2

Date Filed 2/11/2026 2:26 PM
Superior Court - Suffolk
Docket Number 2584CV03050

BL

6

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                      SUPERIOR COURT DEPARTMENT
                                                 CIVIL ACTION NO. 2584CV03050

PARIS CARTER,                                    US Dist.# 26-cv-10792

   Plaintiff,

v.

VZL STAFFING SERVICES, LLC,

   Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Suffolk County Superior Court - Civil
      Suffolk County Courthouse, 12th Floor
      Three Pemberton Square
      Boston, MA 02108

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Suffolk

County Superior Court has been duly filed in the United States District Court for the District of

Massachusetts. Attached hereto is a copy of that Notice of Removal.

I HEREBY ATTEST AND CERTIFY ON
Feb. 20, 2026             , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.
      John E. Powers, III
      Clerk Magistrate
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: 
      First Asst. Clerk

Dated: February 11, 2026

Respectfully submitted,

VZL STAFFING SERVICES, LLC

By its attorneys,

/s/ Keerthi Sugumaran
Keerthi Sugumaran (BBO# 682822)
Victoria M. Ranieri (BBO# 680213)
keerthi.sugumaran@jacksonlewis.com
victoria.ranieri@jacksonlewis.com
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

## CERTIFICATE OF SERVICE

This hereby certifies that on this 11th day of February, 2026, a true and accurate copy of the above document was served upon Plaintiff's counsel via electronic mail alan@alandavidmeyerson.com.

*/s/ Keerthi Sugumaran*
Jackson Lewis P.C.

Date Filed 2/12/2026 10:43 AM
Superior Court - Suffolk
Docket Number 2584CV03050
Case 1:26-cv-10792-IT   Document 7   Filed 02/27/26   Page 23 of 26
Case 1:26-cv-10792-IT   Document 1   Filed 02/11/26   Page 1 of 4

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PARIS CARTER,

    Plaintiff,

v.

VZL STAFFING SERVICES, LLC,

    Defendant.

Civil Action No.



Certified to be a true and
correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts

By: _Savannah Cook_
     Deputy Clerk

Date: 02/11/2026

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. § 1446, Defendant VZL Staffing Services, LLC ("Defendant") by its attorneys, hereby file this Notice of Removal. As grounds for this removal, Defendant respectfully submits that:

1. On or about November 3, 2025, Plaintiff Paris Carter ("Plaintiff") commenced a civil action against Defendant in the Suffolk County Superior Court of the Commonwealth of Massachusetts, entitled *Paris Carter v. VZL Staffing Services LLC.* Civil Action No. 2584CV03050 ("State Court Action").

2. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served upon Defendant to date in the State Court Action are attached hereto as <u>Exhibit 1.</u>

3. On or about January 15, 2026, Plaintiff served the Summons and Complaint on Defendant. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed with this Court within thirty (30) days of service of the Summons and Complaint in the State Court Action.

Date Filed 2/12/2026 10:43 AM Case 1:26-cv-10792-IT Document 7 Filed 02/27/26 Page 24 of 26
Superior Court - Suffolk
Docket Number 2584CV03050 Case 1:26-cv-10792-IT Document 1 Filed 02/11/26 Page 2 of 4

5. No further proceedings have occurred in the State Court Action. Defendant has not served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the Suffolk County Superior Court of the Commonwealth of Massachusetts.

6. The State Court Action is being removed to this Court on the grounds that original jurisdiction of this action is in this Court. Specifically, all of the parties are of diverse citizenship and more than $75,000 is in controversy.

## DIVERSITY JURISDICTION

7. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, because the parties are diverse and the amount in controversy exceeds $75,000.

8. Plaintiff is a citizen of Massachusetts. Compl. ¶ 2. Defendant VZL Staffing Services, LLC is a corporation organized under the laws of Illinois, with a principal place of business in Chicago, Illinois. Compl. ¶ 3.

9. Plaintiff asserts claims for failure to timely pay wages in violation of G.L. c. 149, §§ 148-150 and race discrimination pursuant to G. L. c. 151B. Compl., Count I-II. The amount in controversy exceeds $75,000 as Plaintiff seeks to recover at least $100,000 in compensatory damages. *See* Compl. "Request for Relief"; Civil Action Cover Sheet.

10. Because United States District Courts have original jurisdiction over actions brought by diverse citizens when the amount in controversy is greater than $75,000, pursuant to 28 U.S.C. § 1332(a), removal of this case to this Court under the circumstances herein is proper.

11. Accordingly, the State Court Action is removable to the Court under 28 U.S.C. § 1441(a)-(b).

Date Filed 2/12/2026 10:43 AM Case 1:26-cv-10792-IT    Document 7    Filed 02/27/26    Page 25 of 26
Superior Court - Suffolk
Docket Number 2584CV03050    Case 1:26-cv-10792-IT    Document 1    Filed 02/11/26    Page 3 of 4

12. Venue is proper because the Suffolk County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court. 28 U.S.C. § 1441(a).

13. By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

14. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

15. Defendant will notify the Suffolk County Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal. A copy of that notification, which will be sent to the Suffolk County Superior Court, is attached hereto as Exhibit 2.

WHEREFORE, Defendant prays that the State Court Action now pending against them in Suffolk County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

VZL STAFFING SERVICES, LLC

By its attorneys,

/s/ Keerthi Sugumaran
Keerthi Sugumaran (BBO# 682822)
Victoria M. Ranieri (BBO# 680213)
keerthi.sugumaran@jacksonlewis.com
victoria.ranieri@jacksonlewis.com
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
Dated: February 11, 2026          (617) 367-0025

3

Date Filed 2/12/2026 10:43 AM Case 1:26-cv-10792-IT   Document 7   Filed 02/27/26   Page 26 of 26
Superior Court - Suffolk
Docket Number 2584CV03050   Case 1:26-cv-10792-IT   Document 1   Filed 02/11/26   Page 4 of 4

## CERTIFICATE OF SERVICE

This hereby certifies that on this 11th day of February 2026 a true and accurate copy of the above document was filed with the Court via the ECF system and served upon counsel for the Plaintiff via electronic mail: alan@alandavidmeyerson.com.

/s/ *Keerthi Sugumaran*
Jackson Lewis P.C.